DISMISS: Opinion issued October 8, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00816-CV

**DOROTHY M. HAYNES, Appellant**

V.

**CHRISTOPHER L. HAYNES, Appellee**

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-15859-G

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion By Justice Lang-Miers

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the Court should dismiss the appeal because appellant has failed to comply with notices to pay the filing fee and a docketing statement.

By letter dated June 18, 2012, the Court informed appellant the $175 filing fee was due. We cautioned appellant that failure to pay the fee within ten days would result in dismissal of her appeal without further notice. As of today's date, appellant has not paid the filing fee. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

ELIZABETH LANG-MIERS
JUSTICE

120816F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DOROTHY M. HAYNES, Appellant

No. 05-12-00816-CV          V.

CHRISTOPHER L. HAYNES, Appellee

Appeal from the 134th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DC-11-15859-G).

Opinion delivered by Justice Lang-Miers, Justices O'Neill and FitzGerald, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Christopher L. Haynes, recover his costs of the appeal from appellant, Dorothy M. Haynes.

Judgment entered October 8, 2012.

ELIZABETH LANG-MIERS
JUSTICE